01

02

03

04

05

06             UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                     AT SEATTLE

08 UNITED STATES OF AMERICA,              )
                                          )   CASE NO. MJ 16-392
09          Plaintiff,                    )
                                          )
10     v.                                 )
                                          )   DETENTION ORDER
11 CURTIS JAY PIPPIN,                     )
                                          )
12          Defendant.                    )
   _____ )

13

14 <u>Offense charged</u>:        Possession of Child Pornography

15 <u>Date of Detention Hearing</u>:      September 26, 2016.

16          The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17 based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18 that no condition or combination of conditions which defendant can meet will reasonably

19 assure the appearance of defendant as required and the safety of other persons and the

20 community.

21          <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22          1.        Defendant's criminal record includes a previous conviction for two counts of

DETENTION ORDER
PAGE -1

01 Attempted Lewd Acts on a Child from 2002.  He is a registered Level 1 sex offender in

02 Washington State.   He does not currently have an appropriate release plan in place

03     2.    Defendant poses a risk of nonappearance due to lack of residence, a history of

04 unemployment, and possible mental health and substance use issues.   Defendant poses a risk

05 of danger based on the nature of the instant offense, criminal history, and possible mental health

06 and substance use issues.

07     3.    There does not appear to be any condition or combination of conditions that will

08 reasonably assure the defendant's appearance at future Court hearings while addressing the

09 danger to other persons or the community.

10 It is therefore ORDERED:

11   1.  Defendant shall be detained pending trial and committed to the custody of the Attorney

12      General for confinement in a correction facility separate, to the extent practicable, from

13      persons awaiting or serving sentences or being held in custody pending appeal;

14   2.  Defendant shall be afforded reasonable opportunity for private consultation with

15      counsel;

16   3.  On order of the United States or on request of an attorney for the Government, the

17      person in charge of the corrections facility in which defendant is confined shall deliver

18      the defendant to a United States Marshal for the purpose of an appearance in connection

19      with a court proceeding; and

20 / / /

21 / / /

22 / / /

DETENTION ORDER
PAGE -2

01  4.  The Clerk shall direct copies of this Order to counsel for the United States, to counsel

02      for the defendant, to the United States Marshal, and to the United State Pretrial Services

03      Officer.

04      DATED this <u>26th</u> day of September, 2016.

05

06                                              Mary Alice Theiler
07                                              United States Magistrate Judge

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3